IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br> vs.<br><br>JOSE O. MAES,<br><br>     Defendant. | **4:21CR3028**<br><br>**ORDER** |

  Defendant has moved to continue Defendant's suppression hearing. (Filing No. 81). As explained by counsel, defense counsel cannot attend the hearing at the currently scheduled date and time The motion to continue is unopposed. Based on the representations of counsel, the court finds the motion should be granted. Accordingly,

  IT IS ORDERED:

1) Defendant's motion to continue, (Filing No. 81), is granted.

2) The evidentiary hearing on Defendant's motion to suppress, (Filing No. 69), will be held before the undersigned magistrate judge on April 28, 2022 at 1:30 p.m. in Courtroom #2, United States Courthouse, 100 Centennial Mall N., Lincoln, Nebraska. Three hours have been set aside for this hearing.

March 29, 2022.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge