IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>JOSE O. MAES,<br><br>   Defendant. | 4:21-CR-3028<br><br>ORDER |

IT IS ORDERED:

1. The government's Motion to Dismiss Forfeiture Allegation (filing 109) is granted.

2. The forfeiture allegation of the Information (filing 37) is dismissed.

Dated this 4th day of October, 2022.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge