TRULINCS 31318509 - MAES, JOSE O - Unit: PHX-N-B

------------------------------------------------------------------------------

FROM: 31318509
TO:
SUBJECT: Shu Dates
DATE: 05/28/2025 07:21:30 PM

To : Honorable Judge John M. Gerrard: This is Jose Maes in regards to my 2255 appeal. I was in the shu here in Phoenix, AZ 85086 starting from 11-10-24 to 4-19-25, and my property with the proper and adequate paperwork never made it to me in the shu so I had no opportunity to do anything regarding my issues with completing this 2255. While in shu lockdown I was never provide with an insident report as well. We were also on lockdown in our cells with no opportunity as well to do my legal work from 5-11-25 to 5-22-25 so this is my formal request needing an extension on my 2255 time frame. My case number is 4:21-cr-3028 for this case.

*Jose O Maes* 6-3-2025

Temple
Counselor

**RECEIVED**

JUN 0 9 2025

JOHN M. GERRARD
U.S. District Judge

PHOENIX AZ 852
4 JUN 2025 PM 1 L

Jose Maes # 31318-509
FCI Phoenix
37910 N. 45th Ave
Phoenix, AZ 85086

Judge John M. Gerrard
Robert V. Denney
United States Courthouse
100 Centennial Mall N.
Lincoln, Nebraska
68508-3803

Legal Mail